# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 13-cv-00894-REB-KLM

ERIC STROMBERG, individually,

    Plaintiff,

v.

CROSSROADS SYSTEMS, INC., a Foreign Corporation,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Joint Motion To Dismiss With Prejudice** [#23][1] filed January 6, 2014. After reviewing the motion and the record, I have concluded that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Joint Motion To Dismiss With Prejudice** [#23] filed January 6, 2014, is **GRANTED**;

2. That the combined Final Pretrial Conference and Trial Preparation Conference set May 16, 2014, are **VACATED**;

3. That the jury trial set to commence June 2, 2014, is **VACATED**; and

---

[1] "[#23]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

2

    4.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

    Dated January 6, 2014, at Denver, Colorado.

**BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge

2